

**Entered on Docket
September 03, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

1
2
3
4
5
6
7
8  RICK A. YARNALL
   **CHAPTER 13 BANKRUPTCY TRUSTEE**
9  Marianne Gatti, Esq.
   Nevada Bar No. 7717
10 701 Bridger Avenue, Suite 820
   Las Vegas, Nevada  89101
11 Telephone:  (702) 853-4500
   RAY13mail@LasVegas13.com
12
13
14             UNITED STATES BANKRUPTCY COURT
15              FOR THE DISTRICT OF NEVADA
16
17 In re:                          BK-S-10-22868-MKN
                                   Chapter 13
18 CHRISTIAN MESSNER,
19                                 Hearing Date:  N/A
                                   Hearing Time:  N/A
20                      Debtor.
21
22           **ORDER DISMISSING CHAPTER 13
             <u>CASE PURSUANT TO SECTION 521(i)</u>**
23
24     As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has

25 not filed Schedules A through J.  The Debtor has also failed to file the Statement of Financial Affairs.

26 The 45 day period expired on August 26, 2010.

27 . . .

28

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor failure to comply with 11 U.S.C. §521(i).

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending.

DATED this 30th day of August, 2010.

Submitted by:

*/s/ Marianne Gatti*

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###